Monte J. White & Associates, PC
Pamela J. Chaney
402 Cypress, Suite 310
Abilene, TX 79601
(325) 673-6699
ecfabilene@montejwhite.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

IN RE:
Larry James Kubena　　　　　　　§　CASE NO. 11-10357-RLJ-13
 and　　　　　　　　　　　　　　§
 Donna Ruth Kubena　　　　　　　§　HEARING DATE: 5/2/2012
DEBTOR(s)　　　　　　　　　　　§　HEARING TIME: 11:00 A.M.

FIRST MODIFICATION OF CHAPTER 13 PLAN AFTER CONFIRMATION

DATE: 03/21/2012

　　Pursuant to 11 USC 1329, the Debtor(s) (per the undersigned attorney) or the Standing Chapter 13 Trustee, requests the following Modification of Debtor(s) Confirmed Plan herein:

I. HISTORY OF THE CASE

1. Date Case Filed:  9/22/2011

2. Date of Section 341 Meeting: 10/26/2011

3. First Payment Date:  10/22/2011

4. Date of Confirmation: 12/5/2011

5. Total Plan Term Prior to this Modification: 44

6. Number of Months from First Payment Date through month prior to estimated month of Modification Approval:   7

7. Remaining Plan Term (subtract item 6 from the lesser of item 5 or 60 months): 37

8. Amount of Arrears through the month prior to the date the Modification is filed: NONE

9. Date plan payments are to resume: 5/22/2012

10. Total Payments Paid to the Trustee through the month prior to the date the Modification is filed with the clerk: $3,265.00

11. Total payments due to the Trustee through the month prior to the date the Modification is filed with the clerk:   $2,900.00

12. Total Payments Due to the Trustee from the month the Modification is filed to the month the Modification is set for approval: $365.00

13. List Dates of any Prior Orders Modifying, Interlocutory Orders, or Special Supervision Orders: NONE

## II. MODIFICATION REQUESTED
(CHECK 1 OR MORE OF THE FOLLOWING 4 CHOICES)

| | |
|---|---|
| _____ | Plan payments remain at $_____per month. |
| \_\_x\_\_\_ | DECREASE monthly payment from $365.00 per month to $188.00 per month (must coincide with resume date shown in item 9 above) |
| _____ | Extend months from \_\_\_\_\_months to\_\_\_\_\_ months (not to exceed 60 calendar months from month of First Payment Date) |
| _____ | Add balloon payment of  in  month (indicate how the balloon payment will be made) |

_____
_____
All modifications that include a balloon payment will require testimony.

Any arrears indicated in item 8 above shall be cured by the following method: N/A

## III. RESUMPTION OF PAYMENTS TO THE TRUSTEE
(All information below must be complete)

Payments can only change as of the month the modification is approved. Payments to the Trustee in the amount of $188.00 will resume on or before 5/22/2012 for 37 months (item 7 above) remaining in the Modified Plan as of the date the modification is approved.

Base amount will change from $10,586.00 to $17,135.00

If the base amount has changed complete the following:

1. Total Paid in as of the month prior
to Modification Approval:                               $ 3,630.00

2. (+)Plus Total Payments to be made
through the Remainder of Plan:                      $ 6,956.00
(Making up any arrears in item 9 above)

3. (=) New Base Amount                                  $17,135.00

## IV. TREATMENT OF UNSECURED CREDITORS

Unsecured creditors are not guaranteed a dividend when a plan is confirmed. See general order 2006-1. Allowed general unsecured claims may receive a pro-rata share of the unsecured creditors' pool, but not less than the section 1325(a)(4) amount of non-exempt property less allowed administrative and priority claims, after the TRCC becomes final. A proof of claim must be timely filed to be allowed.

V. SECURED, PRIORITY OR SPECIAL CLASS TREATMENT

ADD/DELETE/SURRENDER/CHANGE the following Secured, Priority or Special Class Unsecured Creditor(s):

C/D;A=ADD;D = DELETE; S = SURRENDER; CF = CHANGE FROM; CT = CHANGE TO
CodeName Class Amount Collateral Value Interest Treatment

| | | | | |
|---|---|---|---|---|
| CF | S-Frontier Motor Co | 2001 Chrysler Town & County | $9,305.27 | $253.85 Per Month |
| CT | " | " | " | Paid direct through trade-in |

Note: Changes to any creditors above shall not be effective until the Modification is approved.

VI. ATTORNEY FEES

Debtor's attorney shall be allowed an additional fee for this Modification in the total amount of $350.00 plus $50.00 in costs, of which $400.00 will be paid through the Plan by the Trustee.

VII. REASON FOR MODIFICATION

This modification is requested for the following reason(s): Debtor's income and expenses have changed.

VIII. BUDGET INFORMATION

At the time of filing this modification the debtor shall provide a filed marked copy of the current budget (schedules I & J) and the three most recent pay stubs to the Trustee.

N/A

                Respectfully submitted,

                /s/Pamela J. Chaney
                Attorney for Debtor(s)

### CERTIFICATE OF SERVICE

I certify that a true copy of the above and foregoing Modification of Plan After Confirmation has been served by me on 03/21/2012, on all parties on the attached matrix, by ECF and/or United States First Class Mail, proper postage affixed.

                /s/Pamela J. Chaney
                Attorney for Debtor(s)

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0539-1<br>Case 11-10357-rlj13<br>Northern District of Texas<br>Abilene<br>Wed Mar 21 11:53:04 CDT 2012 | Recovery Management Systems Corporation<br>25 SE 2nd Ave. Ste. 1120<br>Miami, FL 33131-1605 | 306 Federal Building<br>1205 Texas Avenue<br>Lubbock, TX 79401-4037 |
| % AT&T Services, Inc<br>James Grudus, Esq.<br>One AT&T Way, Room 3A218<br>Bedminster, NJ 07921-2693 | A-1 Air Conditioning<br>1715 24th St.<br>Snyder, TX 79549 | AAM, Inc.<br>330 Georgetown Square<br>Suite 104<br>Wood Dale, Illinois 60191-1890 |
| Air Tech Heating & Air Conditiong<br>4825 Hill St.<br>Abilene, TX 79602-7854 | Allied Interstate<br>3000 Corporate Road<br>Columbus, OH 43231 | American InfoSource LP as agent for<br>T Mobile/T-Mobile USA Inc<br>PO Box 248848<br>Oklahoma City, OK 73124-8848 |
| American InfoSource LP as agent for Check N<br>PO Box 248838<br>Oklahoma City, OK 73124-8838 | American State Bank<br>3610 college Ave<br>Snyder, TX 79549-4637 | (p)AMERICREDIT<br>PO BOX 183853<br>ARLINGTON TX 76096-3853 |
| Ameriloans<br>3531 P St.<br>Miami, Ok 74354-1904 | Applied Card Bank<br>PO Box 17125<br>Wilmington, DE 19850-7125 | Arrow Financial Services<br>5996 W Touhy Ave<br>Niles, IL 60714-4610 |
| At & T<br>P.O. Box 930170<br>Dallas, Tx 75393-0170 | Bay Area Credit Service<br>1901 W. 10th St.<br>Antioch, CA 94509-1380 | CBE Group Inc<br>PO Box 2635<br>Waterloo, IA 50704-2635 |
| Capital Management<br>P.O. Box 604<br>Belleville, MI 48112-0604 | Capital One<br>PO Box 30285<br>Salt Lake City, UT 84130-0285 | Capital One Auto Finance<br>3905 N Dallas Pkwy<br>Plano, TX 75093-7892 |
| Capital One Auto Finance (CODB) c/o Ascensio<br>P.O. Box 201347<br>Arlington, TX 76006-1347 | Cash Net USA<br>P.O. Box 06230<br>Chicago, Il 60606-0230 | Cavalry Portfolio Services, LLC<br>500 Summit Lake Drive Suite 400<br>Valhalla, NY 10595-2322 |
| Cbcs<br>Po Box 164089<br>Columbus, OH 43216-4089 | Cbe Group<br>1309 Technology Pkwy<br>Cedar Falls, IA 50613-6976 | Chase Bank Usa, Na<br>Po Box 15298<br>Wilmington, DE 19850-5298 |
| Check-N-Go<br>309 NE Georgia 125<br>Sweetwater, TX 79556-8246 | Citifinancial Mortage<br>P.O. Box 142199<br>Irving, TX 75014-2199 | Cogdell Memorial Hospital<br>1700 Cogdell Boulevard<br>Snyder, TX 79549-6198 |

```
Collectech Diversified                  Community Bank of Snyd               Cottonwood Financial Texas, LP
1721 45th Street                        Po Box 209                           1901 Gateway Drive, Suite 200
Lubbock, TX 79412-1731                  Snyder, TX 79550-0209                Irving, TX 75038-2425


Covenant Health Systems                 Credit One Bank                      D-Med Corporation
PO Box 1201                             P.O. Box 60500                       P.O. Box 796785
Lubbock, TX 79408-1201                  City of Industry, CA 91716-0500      Dallas, TX 75379-6785


DENOVUS CORPORATION LTD                 (p)DIRECTV CUSTOMER SERVICE          Dish Network
c o Jefferson Capital Systems LLC       ATTN BANKRUPTCY CLAIMS               Dept. 0063
PO BOX 7999                             PO BOX 6550                          Palatine, IL 60055-0063
SAINT CLOUD MN 56302-7999               GREENWOOD VILLAGE CO 80155-6550


ER Solutions                            Enhanced Recovery Corp               Eos Cca
PO Box 9004                             8014 Bayberry Rd                     700 Longwater Dr
Renton, WA 98057-9004                   Jacksonville, FL 32256-7412          Norwell, MA 02061-1624


Equable Ascent Financial, LLC           Equidata                             FMA Alliance, Ltd.
c/o Recovery Management Systems Corp    Po Box 6610                          11811 North Freeway, Suite 900
25 SE 2nd Avenue Suite 1120             Newport News, VA 23606-0610          Houston, Texas 77060-3292
Miami FL 33131-1605


First National Bank of Marin            First National Collections Bureau    First Premier Bank
PO Box 98873                            610 Waltham Way                      3820 N Louise Ave
Las Vegas, NV 89193-8873                Sparks, NV 89434-6695                Sioux Falls, SD 57107-0145


Frontier Motors                         Granite Recovery LLC                 I C System Inc
4609 N First                            c/o Recovery Management Systems Corp P.o. Box 64378
Abilene, TX 79603-6540                  25 SE 2nd Avenue Suite 1120          St Paul, MN 55164-0378
                                        Miami FL 33131-1605


(p)INTERNAL REVENUE SERVICE             Law Office of Douglas R. Burgess     Lubbock Diagnostic Radiology, L.L.P.
CENTRALIZED INSOLVENCY OPERATIONS       2805 Wehrle Dr., Suite No. 4         4005 24th Street
PO BOX 7346                             Williamsville, NY 14221-7382         Lubbock, Texas 79410-1815
PHILADELPHIA PA 19101-7346


Midland Credit Management               Mitchell County Veterinary Clinic    Monte J. White & Associates, P.C.
8875 Aero Dr                            2145 South Hwy 208                   402 Cypress, Suite 310
Suite 200                               Colorado City, TX 79512              Abilene, TX 79601-5151
San Diego, CA 92123-2255


NCP Finance Limited Partnership         National Action Financial Services   Nationcoll
100 East Third Street, 5th Floor        P.O. Box 9027                        2015 Vaughn Rd
Dayton, OH 45402-2128                   Williamsville, NY 14231-9027         Kennesaw, GA 30144-7801
```

```
Nationwide Recovery Systems        Nco Fin -99                         Net Pay Advance
2304 Tarpley Drive No. 134         Po Box 15636                        940 N. Tyler Rd., Suite 208
Carrollton, TX 75006-2470          Wilmington, DE 19850-5636           Wichita, KS 67212-3266


North Star Capital Acquisition     Northstar Location Services         Palisad Coll
170 Northpointe Pkwy               4285 Genesee St.                    Attention:  Banktruptcy Department
Suite 300                          Cheektowaga, NY 14225-1943          PO Box 1244
Amherst, NY 14228-1992                                                 Englewood Cliffs, NJ 07632-0244


Palisades Collections, LLC         Perdue Brandon Fielder Collins & Mott   Plains Commerce Bank
Vativ Recovery Solutions LLC, dba SMC   PO Box 817                     PO Box 1059
As Agent For Palisades Collections, LLC Lubbock, TX  79408-0817        Aberdeen, SD 57402-1059
PO Box 40728
Houston TX 77240-0728


(p)PORTFOLIO RECOVERY ASSOCIATES LLC   Premier Bankcard/Charter        QuikPayday.com
PO BOX 41067                       P.O. Box 2208                       87 East 1400 North
NORFOLK VA 23541-1067              Vacaville, CA 95696-8208            Logan, Utah 84341-2354


Recovery Management Systems Corporation   SFC-Central Bankruptcy       Scurry County Tax Appraisal Office
25 S.E. 2nd Avenue, Suite 1120     P.O. Box 1893                       1806 25th Street
Miami, FL 33131-1605               Spartanburg, S.C. 29304-1893        Snyder, Texas 79549-2515


Scurry County Tax Office           Security Fin                        Service Bureau Inc
C/O Laura J. Monroe                CO Security Finan                   2705 81st St
Perdue, Brandon, Fielder, Collins & Mott   Spartanburg, SC 29304       Lubbock, TX 79423-2229
PO Box 817
Lubbock, TX 79408-0817


Southwest Credit                   SuddenLink                          Sun Loans
4120 International Pkwy, Suite 1100   P.O. Box 78670                   2519 College Ave
Carrollton, TX 75007-1958          Phoenix, AZ 85062-8670              Snyder, TX 79549-2528


Swat Surgical Associates           TXU                                 TXU Energy Retail Company LLC
3509 22nd St,                      P.O. Box 660161                     CO Bankruptcy Department
Lubbock, TX 79410-1307             Dallas, TX 75266-0161               PO Box 650393
                                                                       Dallas TX  75265-0393


Texas Savings Bank                 (p)COTTONWOOD FINANCIAL DBA THE CASH STORE AN   Transworld Systems
4500 College Ave                   1901 GATEWAY DRIVE                  P.O. Box 1864
Snyder, TX 79549-6013              SUITE 200                           Santa Rosa, CA 95402-1864
                                   IRVING TX 75038-2425


United Cash Loans                  United Collection Bureau, Inc.      Verizon Wireless
198 S Eight Tribes Trail           5620 Southwyck Blvd Suite 206       PO BOX 3397
PO Box 111                         Toledo, OH 43614-1501               Bloomington, IL 61702-3397
Miami, OK 74355-0111
```

| | | |
|---|---|---|
| Verizon Wireless<br>Verizon Wireless Department-Attn: Bankru<br>PO Box 3397<br>Bloomington, IL 61702-3397 | West Texas State Bank<br>1901 26th St.<br>Snyder, TX 79549 | Western Texas Emergency<br>P.O. Box 98540<br>Las Vegas, NV 89193-8540 |
| World Finance Corp<br>1926 25th St.<br>Snyder, TX 79549-2517 | Donna Ruth Kubena<br>511 20th St.<br>Snyder, TX 79549-2220 | Larry James Kubena<br>511 20th St.<br>Snyder, TX 79549-2220 |
| Pamela Jean Chaney<br>Monte J. White & Associates, P.C.<br>American State Building<br>402 Cypress, Ste. 310<br>Abilene, TX 79601-5151 | UST U.S. Trustee<br>1100 Commerce Street<br>Room 976<br>Dallas, TX 75242-1011 | Walter 12,13 OCheskey<br>6308 Iola Avenue<br>Lubbock, TX 79424-2735 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Americredit<br>PO Box 183593<br>Arlington, TX 76096 | Direct TV<br>PO Box 70014<br>Boise ID 83707-0114 | IRS Special Procedures<br>Mail Code 5020-DAL<br>1100 Commerce St, Room 9B8<br>Dallas, TX 75242 |
| (d)Internal Revenue Service<br>PO Box 21126<br>Philadelphia, PA 19114 | Portfolio Rc<br>Attn: Bankruptcy<br>PO Box 41067<br>Norfolk, VA 23541 | (d)Portfolio Recovery Associates, LLC<br>PO Box 12914<br>Norfolk, VA 23541 |
| (d)Portfolio Recovery Associates, LLC<br>c/o Credit One Bank, N.a.<br>POB 41067<br>Norfolk VA 23541 | The Cash Store<br>4245 Southwest Dr.<br>Abilene, TX 79606 | End of Label Matrix<br>Mailable recipients   98<br>Bypassed recipients    0<br>Total                 98 |